# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **CRISTY BRADLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 5:11-cv-03771-JEO |
| ) | |
| **EAGLE RECOVERY SERVICES,** ) | |
| **LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

This case is before the court due to Plaintiff's failure to perfect service of the Summons and Complaint against Defendants. On March 19, 2012, this court ordered Plaintiff to show cause why this case should not be dismissed for failure to perfect service within the time allowed under FEDERAL RULE OF CIVIL PROCEDURE 4(m).  (Doc. 2).  Plaintiff did not respond to the court's order.  Because Plaintiff neither perfected service within 120 days of the Complaint being filed nor showed good cause for such failure, this case is due to be dismissed.  FED. R. CIV. P. 4(m).  Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**DONE** this 3rd day of April, 2012.

*John E. Ott*

**JOHN E. OTT**
United States Magistrate Judge

---

[1] Additionally, this case is also due to be dismissed because Plaintiff has failed to pay the required filing fee.